IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cv-6485  "H" |
| ) | |
| CORYN K. CASPAR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**FINAL JUDGMENT OF PERMANENT INJUNCTION**

The plaintiff, United States of America, has filed a Complaint for Permanent Injunction against the defendant, Coryn K. Caspar.  The parties have filed a Stipulation for Entry of Final Judgment of Permanent Injunction (Doc. No. 2).  Caspar consents to entry of this Final Judgment of Permanent Injunction without further notice, waives the entry of findings of fact and conclusions of law, and waives any right she may have to appeal this Final Judgment of Permanent Injunction.

NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED AND DECREED that:

1.  The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

2.  The defendant, Coryn K. Caspar, individually and doing business as or through any entity, and anyone acting in concert or participation with her, is permanently enjoined, directly or indirectly, from:

    (a)    Preparing, filing, providing forms for, or otherwise aiding or assisting in the preparation or filing of false federal tax forms, including Form 1099-OID, for herself or other persons or entities;

    (b)    Engaging in conduct subject to penalty under 26 U.S.C. § 6701, including advising or assisting in the preparation or filing of false or fraudulent tax returns

    and other documents, including Form 1099-OID, that Caspar knows will (if so used) result in the understatement of tax liability; and

  (c) Engaging in any other conduct that is subject to penalty under the Internal Revenue Code or that interferes with the proper administration and enforcement of the internal revenue laws.

  3. The United States is permitted to engage in post-judgment discovery to monitor compliance with this Final Judgment of Permanent Injunction.

  4. This Court shall retain jurisdiction over this action for the purpose of enforcing this Final Judgment of Permanent Injunction.

  5. The Clerk of the Court shall enter this judgment forthwith.

Dated: December 2, 2013

_____
UNITED STATES DISTRICT JUDGE